IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| | |
|---|---|
| KEVIN WALL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GOLD'S GYM INTERNATIONAL, INC., 30 ON W. 54TH CORP. d/b/a GOLD'S GYM, and GARY PRINCE,<br><br>Defendants. | 11 CV 1261 (GBD)<br><br>**STIPULATION OF VOLUNTARY DISCONTINUANCE WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Kevin Wall ("Plaintiff"), and ld's Gym International, Inc., 30 On W. 54th Corp. d/b/a Gold's Gym, and Gary Prince (collectively "Defendants"), in the above-captioned action, that in accordance with Rule 41 of the Federal Rules of Civil Procedure, the causes of action pursuant to the Fair Labor Standards Act and New York Labor Law, be dismissed without prejudice.

Dated: March 4, 2011

By: _____
Joseph A. Fitapelli (JAF-9058)

**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

*Attorneys for Plaintiff*

11 MAR 2011

SO ORDERED:

_____
Hon. George B. Daniels